# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS and CARMEL LABORATORIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>L'ORÉAL USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 17-868-CFC-SRF<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING MOTION NO. 2: L'ORÉAL USA, INC.'S MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS OF THE SKIN ENHANCEMENT CLAIM LIMITATION

Before the Court is Defendant L'Oréal USA, Inc.'s ("L'Oréal USA") Motion for Summary Judgment of Indefiniteness of the Skin Enhancement Claim Limitation. Having reviewed the motion and all related briefing, and for good cause therefor, the Court finds that no genuine issue of material fact exists and that L'Oréal USA is entitled to judgment as a matter of law.

IT IS HEREBY ORDERED that L'Oréal USA's Motion for Summary Judgment of Indefiniteness of the Skin Enhancement Claim Limitation is **GRANTED**.

Dated: _____

_____
The Honorable Colm F. Connolly
United States District Court Judge