**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

The foregoing MOTION NO. 1: L'ORÉAL USA, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS OF THE DERMAL CELL ADENOSINE CONCENTRATION CLAIM LIMITATION complies with the type-volume limitations of Paragraph 19(c) of the Scheduling Order (D.I. 46).  The text of this brief, including footnotes, was prepared in Times New Roman 14-point.  According to the word processing system used to prepare it, this brief contains 2,136 words, excluding the case caption, tables, and signature block.  Defendant L'Oréal USA's *Daubert* and summary judgment briefs are a combined 12,371 words, excluding the case captions, tables, and signature blocks.

September 11, 2020                    */s/ Katharine L. Mowery*
                                                      Katharine L. Mowery (#5629)