## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

The foregoing L'ORÉAL USA, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF SUMMARY JUDGMENT MOTION OF INDEFINITENESS OF THE DERMAL CELL ADENOSINE CONCENTRATION CLAIM LIMITATION complies with the type-volume limitations of Paragraph 19(f) of the Scheduling Order (D.I. 46).  The text of this statement, including footnotes, was prepared in Times New Roman 14-point.  According to the word processing system used to prepare it, this statement contains 1,277 words, excluding the case caption, tables, and signature block.

September 11, 2020          */s/ Katharine L. Mowery*
                                              Katharine L. Mowery (#5629)