## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

The foregoing L'ORÉAL USA, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF SUMMARY JUDGMENT MOTION OF INDEFINITENESS OF THE SKIN ENHANCEMENT CLAIM LIMITATION complies with the type-volume limitations of Paragraph 19(f) of the Scheduling Order (D.I. 46). The text of this statement, including footnotes, was prepared in Times New Roman 14-point. According to the word processing system used to prepare it, this statement contains 1,023 words, excluding the case caption, tables, and signature block.

September 11, 2020                    */s/ Katharine L. Mowery*
                                      Katharine L. Mowery (#5629)