IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS and CARMEL LABORATORIES LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>L'ORÉAL USA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 17-868-CFC-SRF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and L'Oréal USA, Inc., through their undersigned counsel and subject to the approval of the Court, that the deadline for the parties to file their redactions to the Joint Pretrial Order (D.I. 406) is hereby extended through and including February 18, 2021 (from February 11, 2021).

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Dated: February 11, 2021

/s/ Katharine L. Mowery
Frederick L. Cottrell, III (#2555)
Katharine L. Mowery (#5629)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
mowery@rlf.com

*Attorneys for Defendant L'Oréal USA, Inc.*

SO ORDERED this 12th day of February, 2021.

_____
United States District Judge