IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS and CARMEL LABORATORIES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>L'ORÉAL USA, INC.<br><br>Defendant. | Civil Action No.17-0868-CFC-SRF |

## ORDER

At Wilmington this Twentieth day of April in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that L'Oréal's Motion for Summary Judgment of Indefiniteness of the Skin Enhancement Claim Limitation (D.I. 278) is **GRANTED** and that claims 1, 3, 5, 6, 7, and 9 of U.S. Patent Nos. 6,423,327 and 6,645,513 are **INVALID**.

_____
UNITED STATES DISTRICT JUDGE