# United States Court of Appeals for the Federal Circuit

_____

**UNIVERSITY OF MASSACHUSETTS, CARMEL LABORATORIES, LLC,**

*Plaintiffs-Appellants*

v.

**L'OREAL S.A., L'OREAL USA, INC.,**

*Defendants-Appellees*

_____

2021-1969

_____

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00868-CFC-SRF, Chief Judge Colm F. Connolly.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered June 13, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 5, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court