# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS and CARMEL LABORATORIES LLC, ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 17-868-JLH-SRF |
| v. ) ) | |
| L'ORÉAL USA, INC., ) ) | |
| Defendant. ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for the parties to submit a joint status report is extended through and including February 22, 2024. The extension is requested so the parties can further confer on the contents of the joint status report.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Katharine L. Mowery* |
| Brian E. Farnan (#4089) | Frederick L. Cottrell, III (#2555) |
| Michael J. Farnan (#5165) | Katharine L. Mowery (#5629) |
| Farnan LLP | Richards, Layton & Finger, P.A. |
| 919 North Market Street | One Rodney Square |
| 12th Floor | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 777-0300 | (302) 651-7700 |
| bfarnan@farnanlaw.com | cottrell@rlf.com |
| mfarnan@farnanlaw.com | mowery@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant L'Oréal USA, Inc.* |

Dated: February 15, 2024

SO ORDERED this _____ day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

RLF1 30588384v.2