# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS and CARMEL LABORATORIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> L'ORÉAL USA, INC., <br><br> Defendant. | ) ) ) ) ) C.A. No. 17-868-JLH-SRF ) ) ) ) ) |

## JOINT STATUS REPORT

The parties, by and through their counsel of record, submit this Joint Status Report pursuant to the Court's Order of February 8, 2024 (D.I. 419).

1. The parties have agreed to resolve the case through an agreement between them and are working on the details. Upon finalization, the parties will file a stipulation to dismiss with this Court.

2. The parties anticipate finalizing and filing the stipulation of dismissal by March 22, 2024. If the parties are unable to file such stipulation by March 22, 2024, the parties will file an Updated Joint Status Report by that date advising the Court of their progress.

| | |
|---|---|
| */s/ Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> Farnan LLP <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiffs* | */s/ Katharine L. Mowery* <br> Frederick L. Cottrell, III (#2555) <br> Katharine L. Mowery (#5629) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> mowery@rlf.com <br><br> *Attorneys for Defendant L'Oréal USA, Inc.* |

Dated: March 4, 2024

SO ORDERED this _____ day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE