**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS and CARMEL LABORATORIES LLC,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>L'ORÉAL USA, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 17-868-JLH-SRF |

**UPDATED JOINT STATUS REPORT**

Pursuant to the Court's Order (D.I. 427), the parties, by and through their counsel of record, submit this Updated Joint Status Report as follows:

1. The parties are in the process of reviewing draft settlement documents. Upon finalization, the parties will file a stipulation to dismiss with this Court.

2. The parties anticipate finalizing and filing the stipulation of dismissal by April 5, 2024. If the parties are unable to file such stipulation by April 5, 2024, the parties will file an Updated Joint Status Report by that date advising the Court of their progress.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Katharine L. Mowery* |
| Brian E. Farnan (#4089) | Frederick L. Cottrell, III (#2555) |
| Michael J. Farnan (#5165) | Katharine L. Mowery (#5629) |
| Farnan LLP | Richards, Layton & Finger, P.A. |
| 919 North Market Street | One Rodney Square |
| 12th Floor | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 777-0300 | (302) 651-7700 |
| bfarnan@farnanlaw.com | cottrell@rlf.com |
| mfarnan@farnanlaw.com | mowery@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant L'Oréal USA, Inc.* |

Dated: March 22, 2024

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE